Terry Dean Hoskins #53122
Full Name/Prisoner Number
ICC J-PoD 120-R
Post office Box 70010
Boise Idaho 83707
Complete Mailing Address

Plaintiff

U.S. COURTS

JAN 12 2009

Rcvd_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

Terry Dean Hoskins IDOC #53128
Plaintiff,
(Full name and prisoner number.)

)
)
)
)

vs.

)
)

Paula Meiser; PlaLee; and

)
)

Dr. Kendall,
Defendant(s),
(Full name(s). Do not use et. al.)

)
)
)
)
)

CASE NO. _____
(To be supplied by the Court)

**PRISONER CIVIL RIGHTS
COMPLAINT**

### A. PARTIES

1.  Terry Dean Hoskins _____ is a citizen of The state of Idaho
    (Plaintiff)                                              (State)
    presently residing at The Idaho Correctional Center, south of Boise
                          (Mailing address or place of confinement)

2.  Defendant Paula Meiser _____ is a citizen of The state of Idaho
              (Name of first defendant)                        (State)
    whose address is unKnown To The Plaintiff at This Time however she may Be Found
    Through The Idaho Correctional center on Pleasant Valley Road where she was Employed
    and who is employed as As The Health Services Administrator Between 8am-4PM
                          (Title and place of employment)    Mondays Thru Friday

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? ✓ Yes ____ No. If your answer if "Yes," briefly explain: This defendant

was employed as The Administrator of inmate Health Services,

at The Idaho Correctional Center, acting in this capacity as a

Contracted Agent for the State of Idaho Department of corrections

and was charged with the responsibility of providing The plaintiff adequate
Health care on a daily Basis at Those Times Relevant here To.

3.     Defendant P.A. Lee _____ is a citizen of The State of Idaho
       (Name of second defendant)                                          (State)

whose address is Currently unknown to the Plaintiff; however she may Be located Through
The Idaho correctional Center, on Pleasant Vally Road, where she was employed at Those Times Relevant

~~and who is employed~~ as a Physician's Assistant _____
                              (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? ✓ Yes ____ No. If your answer is "Yes," briefly explain: Defendent Lee

was employed at Those Times Relevant hereto as The Physicians

Assistant who diagnosed and Treated plaintiff, while a sub contract agent for

The State of Idaho and employed by Correctional Medical

Services _____.

**NOTE:  If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "APPENDIX A. PARTIES."  Be sure to
include the same information for each defendant including their complete address and title.**

## B. JURISDICTION

1.     Jurisdiction is asserted pursuant to (CHECK ONE)

              ✓    42 U.S.C. § 1983 (applies to state prisoners)

              ____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403
                   U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

<u>APPENDIX A - Parties</u>

4. Defendant Dr. Kendall is a citizen of the State of Idaho, whose current address is unknown to the plaintiff; however, this defendant may be located through the Idaho Correctional Center on Pleasant Valley Road, and/or their attorneys of record, where he was employed as a con-tract physician during those times relevant hereto; and, accordingly an agent of the state of Idaho and acting under color of law.

Prisoner's Civil Rights Complaint

2.      Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different under different or additional statutes, you may list them below.)

## C.  CAUSE OF ACTION

1.  I allege that the following of my constitutional rights, privileges, or immunities have been violated :  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "APPENDIX D.  CAUSE OF ACTION.")

These Defendents, individually and/or collectively have By Their acts and/or failures to act, Been deliberately indifferent to The serious Medical needs of The Plaintiff, resulting in The unnecessary pain and suffering and permanent Loss of mobility in the plaintiffs' Right wrist; Thus abrogating The plaintiffs' rights to be free from cruel and unusual punishment guaranteed by The 8th and 14th Amendments To The us. Constitution

2.  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

See pages 3A-3C Attached here with

## STATEMENT OF THE CASE

1.      In the early morning hours of December 3rd 2007 the plaintiff severely injured his right wrist while doing push-ups off the edge of his bunk in the Bingham County Jail, where he was incarcerated on his present charges.

2.      Specifically, Hoskins right hand slipped off the edge of the bunk and was bent back at an extreme angle.  Swelling and a burning sensation began immediately at the site.

3.      The plaintiff reported the injury to jail staff, at once, and requested an ice pack, which was provided and Hoskins was seen by the sick call nurse that same morning.

4.      A decision was made to transport the plaintiff to the Bingham Memorial Hospital in Blackfoot, where doctors x-rayed the injury, noted that it was not broken but severely sprained and provided a brace and prescribed medication.

5.      Over the next four to five days, Hoskins' wrist remained swollen and painful, despite the application of ice and Ibuprophen.

6.      On December 10th the Bingham County Jail Nurse elected to have the plaintiff transported to the hospital, once more predicated upon the continuing level of pain and on-going swelling.  At the hospital, Hoskins was again examined, provided a pain med and two other unidentified pills, and a blood draw was done.

7.      Hoskins continued to have problems with the injury, after returning from his second visit to the hospital, and, on December 14th when the nurse removed the brace it was discovered that the plaintiff had developed an allergy to the material used in the brace, Benedryl was provided and the brace changed to one of a different material.

8.      On approximately December 20th, as a result of little or no improvement in the injury, Hoskins was taken to see another doctor downtown.  At that appointment he was given three prescriptions which included pain meds and antibiotics.  Returned to the jail, but within a few days taken back down town where further x-rays were taken.

9.      Over the next 2 to 3 weeks the pain and swelling continued and at one point the plaintiff was taken from his cell and examined by several unidentified doctors, one of whom

Prisoner's Civil Rights Complaint        - 3A -

suggested accupuncture.

10.     On January 17th the plaintiff was transported to the Idaho State Correctional Institution (ISCI), South of Boise, to began his sentence.  Transport officers had difficulty securing the plaintiff since his entire wrist remained swollen and inflamed.

11.     At ISCI Hoskins was told he would be seen by medical within the week. Unfortunately, that did not happen until Hoskins lodged repeated requests was finally taken to medical by security staff seen on January 30, informed he would be seen by following day and returned to his unit.

12.     It wasn't until February 8th that the plaintiff was finally examined by a physician who reordered further x-rays, a bottom bunk memo, a splint and pain meds. Between February 8th and February 21st plaintiff continued to complain about his injury and the fact he was losing mobility, all with no response  by medical.

13.     Approximately February 21st Hoskins was transferred to the Idaho Correctional Center where he advised medical personnel upon his arrival of the injury and on-going problems.  Hoskins was seen and given a prescription of Ibuprophen and told he would be seen by a doctor.

14.     When that didn't occur, the plaintiff concerned the medical department and was told to submit a request for medical services by staff   Plaintiff followed those instructions and on March 7th was seen by P.A. Lee who ordered a ball for him to squeeze and another x-ray on March 13th.

15.     Again, March 28th P.A Lee saw the plaintiff and advised him that he had arthritis and needed to use heat therapy to increase his mobility.  Plaintiff advised Lee that his ability to move his wrist was decreasing daily and that he had never had arthritis before.

16.     When Hoskins tried the exercises and therapy he had been advised to do there was no improvement; and, accordingly, he filed a grievance against medical for failing to provide proper treatment.   That process continued exhausting the grievance procedure throughout April, May and June only to be told that because his appeal was late the grievance was being

Prisoner's Civil Rihhh Complaint

-3B-

denied by the administration.

**17.**     Throughout these same time frames, the plaintiff continued to try to obtain treatment and was seen by Lee and a Doctor Kendall, both of whom insisted that this was "early on set arthritis."  Steroids were administered and anti-inflamatories without any positive results.

**18.**     Once more Hoskins began the grievance process, which was eventually exhausted on September 19, 2008 with the denial by the warden of his appeal.

**19.**     Between April and September of 2008, the plaintiff has filed numerous medical services request forms and concerns, up to and including the ICC Health Services Administrator, Paula Mieser, P.A. Lee and Doctor Kendall.  In each case the fact that this is a physical injury stemming from a hyperextension of Hoskins' wrist has been ignored, and instead these problems have been misdiagnosed as "early arthritis" absent the aid of any examination by a person qualified to diagnose this type of injury.

**20.**     As a result of the lack of proper treatment rather than simply treatment, Hoskins has experianced unnecessary pain and suffering as well as an approximately 60% permanent loss of ability to use this limb.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## D.  PREVIOUS LAWSUITS

1.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?   Yes ___ No ___.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, described the additional lawsuits using this same format on a blank sheet which you should label "APPENDIX E.  PREVIOUS LAWSUITS")

        a.      Parties to previous lawsuit:

Plaintiff(s):  _N/A_ _____

_____

Defendant(s)  _N/A_ _____

_____

b.   Name and location of court and docket (case) number: _____

_____ _N/A_ _____

c.   Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?
It is still pending?)  _N/A_ _____

_____

d.   Issues raised:  _N/A_ _____

_____

e.   Approximate date of filing lawsuit:  _N/A_ _____

f.   Approximate date of disposition:  _N/A_ _____

**E.  EXHAUSTION OF PRISON OR JAIL GRIEVANCE SYSTEM**

1. I have exhausted the grievance system within the jail or prison in which I am incarcerated.  ✓ Yes
_____No.  If your answer is "Yes," briefly explain the steps taken to exhaust each claim you are bringing against each Defendant.  It is advisable to attach proof of exhaustion.  If your answer is "No," briefly explain why the grievance system or other administrative remedies were not exhausted.

_Plaintiff has submitted numerous concern forms and at least Two(2) Grievances Regarding These matters. He has as a point of fact exhausted The Grievance Process within The Department of Correction_

_____

_____

### F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.      If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "APPENDIX F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

     a.      Parties to previous lawsuit:  *Not Filed*

          Plaintiff(s):  _____

                    _____

          Defendant(s):  _____

                    _____

     b.      Name and location of court and docket (case) number: *N/A*

                 _____

     c.      Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted. *N/A*

     d.      Approximate date of filing lawsuit: *None*

     e.      Approximate date of disposition: *N/A*

### G.  IMMINENT HARM

1.      Are you in imminent danger of serious physical injury?  _✓_Yes  ____No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

*The injury described is becoming ever more debilitating;* _____

with a corresponding increase in pain and suffering, as well as Further Losses in mobility of The Limb, since no Treatment beyond a Minimal prescription for over the counter pain pills is Being under Taking.

## H. REQUEST FOR RELIEF

I request the following relief:

1. That This court accept Jurisdiction in these proceedings and Conducts The initial review required by Law and subsequently service Be Provided

2. That a scheduling order be provided and discovery allowed to proceed

3. That declaratory and injunctive relief comporting To The evidence introduced at Trial be awarded

4. That The Plaintiff be awarded compensatory and punative damages Be Granted The plaintiff in amounts To Be Determined by the trial in these matters.

5. For any and further relief That this court may deem appropriate under These circumstances

## I. Request for Appointment of Attorney

I do ✓ do not ✓ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: DisCover and Trial in These matters will require despositions The examination of expert witnesses, investigation of Facts outside The record and The Locating and interviewing of material witnesses Plaintiff in The event This request is initially denied, Reserves The right To formally renew This motion at the Close Of disposition motions

_Terry Hall_
Prisoner Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Idaho Correctional Center_ on _01 08 09_
         (location)                          (date)

_Terry Hall_
Prisoner's Original Signature